### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | **Civil No.  1:19-cv-04238 (JMF)** |
| **Plaintiff,** |  |
| **v.** |  |
| **FABIO BRETAS DE FREITAS, PHY CAPITAL INVESTMENTS LLC f/k/a PHYNANCE CAPITAL MANAGEMENT LLC,** |  |
| **Defendants and** |  |
| **PHY GLOBAL PARTNERS FUND, LLC, , GLOBAL PARTNERS INVESTORS LLC LATAM EAGLE FUND, LLC, f/k/a PHY PALME FUND and ABSOLUTE EXPERIENCE, LLC d/b/a ABSOLUTE EXPERIENCE FUND, LLC, PHYNANCE SCIENCE AND TECHNOLOGY INVESTMENTS S.A a/k/a PHYNANCE CIENCIA E TECNOLOGIA EM INVESTIMENTOS S/A, and RM Jr. FUND** |  |
| **Relief Defendants** |  |

**PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S NOTICE OF FILING CORRECTED ATTACHMENTS 29 AND 32 TO COMMODITY FUTURES TRADING COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION FOR A DEFAULT JUDGMENT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTY and OTHER EQUITABLE RELIEF**

Plaintiffs Commodity Futures Trading Commission hereby files the attached corrected

Exhibits 29 and 32 to their Memorandum in Support of a Default Judgement, Permanent Injunction,

Civil Monetary Penalty and Other Equitable Relief, dated August 29, 2019 (Doc. 56).

Dated:      September 11, 2019          Respectfully submitted,
                                         /s/ Elizabeth M. Streit
                                       Elizabeth M. Streit
                                       (Illinois ARDC No. 6188119)

                                       /s/Scott R. Williamson
                                       Scott R. Williamson
                                       (Illinois ARDC No. 6191293)


                                       U.S. COMMODITY FUTURES
                                       TRADING COMMISSION
                                       525 West Monroe Street, Suite 1100
                                       Chicago, IL  60661
                                       (312) 596-0537 (Streit)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>FABIO BRETAS DE FREITAS,<br>PHY CAPITAL INVESTMENTS LLC<br>f/k/a PHYNANCE CAPITAL<br>MANAGEMENT LLC,<br><br>    Defendants and<br><br>PHY GLOBAL PARTNERS FUND, LLC,,<br>GLOBAL PARTNERS INVESTORS LLC<br>LATAM EAGLE FUND, LLC, f/k/a PHY<br>PALME FUND and ABSOLUTE<br>EXPERIENCE, LLC d/b/a ABSOLUTE<br>EXPERIENCE FUND, LLC, PHYNANCE<br>SCIENCE AND TECHNOLOGY<br>INVESTMENTS S.A a/k/a PHYNANCE<br>CIENCIA E TECNOLOGIA EM<br>INVESTIMENTOS S/A, and RM Jr. FUND<br><br>    Relief Defendants | Civil No.  1:19-cv-04238 (JMF) |

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney with the Plaintiff Commodity Futures Trading Commission, certifies that on September 11, 2019, I caused to be served a copy of the following:

- **PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S NOTICE OF FILING CORRECTED ATTACHMENTS 29 AND 32 TO COMMODITY FUTURES TRADING COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION FOR A DEFAULT JUDGMENT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTY and OTHER EQUITABLE RELIEF**

on the following party via UPS by serving Defendant's Fabio Bretas De Freitas and Global Partners Investors LLC at the mailing addresses below on the service list.

> /s/ Elizabeth M. Streit
> Chief Trial Attorney
> Commodity Futures Trading Commission
> 525 West Monroe Suite 1100
> Chicago, IL. 60661
> estreit@cftc.gov
> (312) 596-0537
> One of the Attorneys for Plaintiff

**Service List**

**DEFENDANTS:**

Fabio Bretas De Freitas, *pro se*
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Phy Capital Investments LLC, f/k/a/ Phynance Capital Management LLC
Fabio Bretas De Freitas- Managing Partner
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

**RELIEF DEFENDANTS:**

Latam Eagle Fund LLC, f/k/a Phy Palme Fund
Fabio Bretas De Freitas - Managing Partner
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Phynance Science and Technology Investments S.A a/k/a Phynance Ciencia e Tecnologia em Investinentos S.A
Fabio Bretas De Freitas- Managing Partner
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Phy Global Partners Fund, LLC
Fabio Bretas De Freitas- Managing Partner
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Absolute Experience, LLC d/b/a Absolute Experience Fund LLC
Fabio Bretas De Freitas- Managing Partner
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

RM Jr. Fund
Fabio Bretas De Freitas- Managing Partner
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Global Partners Investors LLC
Business Filings Incorporated
registered agent for
Global Partners Investors LLC  108
West 13th Street
Wilmington, DE 19801